United States Bankruptcy Court
District of Massachusetts

In re: Manzelli, Alfred J.           )
                                     )     Case No.: 10-44649
                                     )

## Notice of Appearance

Please enter my appearance for the debtor, Alfred J. Manzelli.

/s/ Brian Lipkin
Brian D. Lipkin, BBO #673850
10 Overlook Ridge Drive, #622
Malden, MA 02148
(978) 987-1526
brianlipkin@gmail.com

Dated: November 19, 2010